CAREY & DANIS, LLC
Michael J. Flannery
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile:    (314) 721-0905
e-mail: mflannery@careydanis.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES PA, individually and on behalf of a class of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD. and ASIANA AIRLINES, INC.,<br><br>        Defendants. | No. 07-CV-5461<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO TAKE CMC OFF CALENDAR** |

**CASE MANAGEMENT CONFERENCE STATEMENT AND**
**REQUEST TO TAKE CMC OFF CALENDAR**

Because this case (the "Pa Case") is about to be transferred in part to the Eastern District of New York and in part to the Central District of California, counsel for Plaintiff respectfully requests that the CMC scheduled for Friday, February 1, 2008 be taken off calendar.

1.    The Pa Case was filed on October 24, 2007. A motion for transfer and consolidation of dozens of similar cases was filed, and was subject to hearing before the Judicial Panel on Multidistrict Litigation on November 29, 2007 in a proceeding entitled *In re Korean Air Lines Co., LTD. Antitrust Litigation*, MDL No. 1891 ("MDL No. 1891").

2.    Although service had not been perfected, Defendants notified the Judicial Panel that the Pa Case was in part related to the cases included in MDL No. 1891.

3. On December 19, 2007, in MDL No. 1891 the Judicial Panel issued an order transferring 25 actions (but not the Pa Case) to the Central District of California before the Honorable S. James Otero (*see* Exhibit A, attached hereto).

4. On January 4, 2008, the Judicial Panel issued an order (the "CTO") conditionally transferring the Pa Case in part to the Central District of California for coordinated and consolidated pretrial proceedings in MDL No. 1891 and in part to the Eastern District of New York for coordinated and consolidated pretrial proceedings in MDL No. 1775. (*see* Exhibit B, attached hereto). Plaintiff has not objected and is unaware of any party filing an opposition to the January 4, 2008 CTO, all oppositions being due by January 22, 2008.

5. Plaintiff therefore expects that the official transfer of the case to the two MDL courts will occur very shortly.

6. In light of the foregoing, Plaintiff respectfully requests that the Court take off calendar the CMC in this matter, currently scheduled for this Friday, February 1 at 10:30 a.m.

Dated: January 29, 2008

Respectfully submitted,

_____/S/_ Michael J. Flannery_____
Michael J. Flannery
CAREY & DANIS, LLC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
FAX:   (314) 721-0905
e-mail:  mflannery@careydanis.com

*Counsel for Plaintiff James Pa*

2

# CERTIFICATE OF SERVICE

I certify that the foregoing **CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST TO TAKE CMC OFF CALENDAR** was served by electronic mail on the following counsel on this 29th day of January, 2008:

Peter E. Halle
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004
Phone: (202) 739-5225
FAX:   (202) 739-3001
e-mail:  phalle@morganlewis.com

*Counsel for Defendant Korean Air Lines Co., Ltd.*

Jon L. Rewinski
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA  90071-1406
Phone: (213) 689-0200
FAX:   (213) 614-1868
e-mail:  jon.rewinski@hellerehrman.com

*Counsel for Defendant Asiana Airlines, Inc.*

　　　　　　　　　　　　　　　　　　__/S/__Michael J. Flannery_____