IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES PA,

    Plaintiff,

v.

KOREAN AIR LINES CO., LTD., et al.,

    Defendants

_____/

No. C-07-5461 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    Before the Court is plaintiff's Case Management Conference Statement and Request to Take CMC Off Calendar, filed January 29, 2008, by which plaintiff seeks to vacate the February 1, 2008 case management conference because he anticipates the instant action will be transferred for inclusion, in part, in MDL No. 1775, <u>In re: Air Cargo Shipping Services Antitrust Litigation</u>, and, in part, in MDL No. 1891, <u>In re: Korean Air Lines, Co., Ltd., Antitrust Litigation</u>.  No defendant has appeared in the action.

    Accordingly, for good cause shown, the February 1, 2008 case management conference is hereby continued to May 2, 2008 at 10:30 a.m.  A joint case management statement shall be filed no later than April 25, 2008.

    **IT IS SO ORDERED.**

Dated: January 30, 2008

                                   MAXINE M. CHESNEY
                                   United States District Judge