| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California<br><br>Judge J. Frederick Motz<br>United States District Court<br>District of Maryland<br><br>Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit<br><br>Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax: [202] 502-2888<br>http://www.jpml.uscourts.gov |

January 23, 2008

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 28 2008 ★
BROOKLYN OFFICE

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: MDL No. 1775 -- IN RE: Air Cargo Shipping Services Antitrust Litigation (CTO-6)
Re: MDL No. 1891 -- IN RE: Korean Air Lines Co., Ltd., Antitrust Litigation (CTO-2)

(See Attached CTO)

Dear Clerks:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 4, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachment

cc: Transferee Judges:   Judge John Gleeson; Judge S. James Otero
    Transferor Judge:    Judge Charles R. Breyer
    Transferor Clerk:    Richard W. Wieking

JPML Form 36

JAN 2 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 4 2008

FILED
CLERK'S OFFICE

IN RE: AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

MDL No. 1775

IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST
LITIGATION

MDL No. 1891

James Pa v. Korean Air Lines Co., Ltd., et al.,
N.D. California, C.A. No. 3:07-5461

### MDL No. 1775 CONDITIONAL TRANSFER ORDER (CTO-6)
### WITH SEPARATION, REMAND AND
### MDL No. 1891 CONDITIONAL TRANSFER ORDER (CTO-2)

On June 20, 2006, the Panel transferred 12 civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL No. 1775 pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1442 (J.P.M.L. 2006). Since that time, 41 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable John Gleeson.

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings in MDL No. 1891 pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the action on this conditional transfer order comprises claims relating to: (1) alleged improper surcharges for air cargo shipping services which involve common questions of fact with the previously transferred MDL No. 1775 actions; and (2) alleged price fixing of base fares and/or fuel surcharges added to passenger airfares between the United States and Korea which involve common questions of fact with the previously transferred MDL No. 1891 actions.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL No. 1775 transfer order of June 20, 2006, and, with the consent of that court, assigned to the Honorable John Gleeson.

The claims in this action relating to the alleged price fixing of base fares and/or fuel surcharges added to passenger airfares between the United States and Korea are hereby separated and simultaneously remanded under 28 U.S.C. § 1407(a) to the Northern District of California.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY
ATTEST
DATED 1/31 2008
ROBERT C. HEINEMANN
CLERK
BY DEPUTY CLERK

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting alleged price fixing of base airfare and/or fuel surcharges added to passenger airfares between the United States and Korea action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the MDL No. 1891 transfer order of December 19, 2007, and, with the consent of that court assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the offices of: (1) the Clerk of the United States District Court for the Eastern District of New York; and (2) the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel