JAN 2 3 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN - 4 2008

FILED
CLERK'S OFFICE

IN RE: AIR CARGO SHIPPING SERVICES
ANTITRUST LITIGATION

**FILED**

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL No. 1775

IN RE: KOREAN AIR LINES CO., LTD., ANTITRUST
LITIGATION

MDL No. 1891

James Pa v. Korean Air Lines Co., Ltd., et al.,
N.D. California, C.A. No. 3:07-5461 MMC

# CV08-953 SJO (MANx)

**MDL No. 1775 CONDITIONAL TRANSFER ORDER (CTO-6)**
**WITH SEPARATION, REMAND AND**
**MDL No. 1891 CONDITIONAL TRANSFER ORDER (CTO-2)**

2008 FEB 12 PM 1:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

On June 20, 2006, the Panel transferred 12 civil actions to the United States District Court for the
Eastern District of New York for coordinated or consolidated pretrial proceedings in MDL No. 1775
pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1442 (J.P.M.L. 2006). Since that time, 41
additional actions have been transferred to the Eastern District of New York. With the consent of
that court, all such actions have been assigned to the Honorable John Gleeson.

On December 19, 2007, the Panel transferred 23 civil actions to the United States District Court for
the Central District of California for coordinated or consolidated pretrial proceedings in MDL No.
1891 pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of
that court, all such actions have been assigned to the Honorable S. James Otero.

It appears that the action on this conditional transfer order comprises claims relating to: (1) alleged
improper surcharges for air cargo shipping services which involve common questions of fact with
the previously transferred MDL No. 1775 actions; and (2) alleged price fixing of base fares and/or
fuel surcharges added to passenger airfares between the United States and Korea which involve
common questions of fact with the previously transferred MDL No. 1891 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Eastern District
of New York for the reasons stated in the MDL No. 1775 transfer order of June 20, 2006, and, with
the consent of that court, assigned to the Honorable John Gleeson.

The claims in this action relating to the alleged price fixing of base fares and/or fuel surcharges
added to passenger airfares between the United States and Korea are hereby separated and
simultaneously remanded under 28 U.S.C. § 1407(a), to the Northern District of California.



Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN 2 3 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby attest and certify on 02/12/08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



1197

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting alleged price fixing of base airfare and/or fuel surcharges added to passenger airfares between the United States and Korea action is transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the MDL No. 1891 transfer order of December 19, 2007, and, with the consent of that court assigned to the Honorable S. James Otero.

This order does not become effective until it is filed in the offices of: (1) the Clerk of the United States District Court for the Eastern District of New York; and (2) the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535
Fax: (213)894-4422

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

RECEIVED

FEB 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

February 12,2008

Clerk, United States District Court
Northern District of California

Re:  MDL  **1891**                In Re:    **KOREAN AIR LINES CO., LTD., ET AL.**

Transfer of your Civil Case No. 3:07-CV-5461

Case Title:     **JAMES PA -VS- KOREAN AIRE LINES CO., LTD., ET AL.**

Dear Sir/Madam:

An order having been made by the Judicial Panel on Multi-district Litigation transferring the
above-numbered case to this district and assigning Judge S. James Otero to preside
over this litigation, we are transmitting herewith a certified copy of conditional transfer order from
the MDL Panel.  We have assigned the following case number to this case: **CV08- 953 SJO (MANx)**
Please include reference to this case number when the case file is sent to this district.

We would appreciate receiving the case file as soon as possible.  Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

NLONGORI
By: _____
Deputy Clerk

cc: All counsel on the attorney service list.
Clerk, MDL Panel

CV-118 (05/00)          **LETTER REQUESTING TRANSFER OF MDL CASE TO THIS DISTRICT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Margaret A. Nagle.

The case number on all documents filed with the Court should read as follows:

## CV08- 953 SJO (MANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.