**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 15, 2008

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-05461 MMC  JAMES PA-v-KOREAN AIR LINES CO.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 15, 2008

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-05461 MMC  JAMES PA-v-KOREAN AIR LINES CO.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso* (signature)

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 15, 2008

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-05461 MMC  JAMES PA-v-KOREAN AIR LINES CO.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

February 15, 2008

General Court Number
415.522.2000

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012


RE: CV 07-05461 MMC  JAMES PA-v-KOREAN AIR LINES CO.

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

        ☒    Certified copy of docket entries.

        ☒    Certified copy of Transferral Order.

        ☒    Original case file documents.

        ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.


        Sincerely,
        RICHARD W. WIEKING, Clerk

        *Alfred Amistoso* (signature)

        by:  Alfred Amistoso
        Case Systems Administrator

Enclosures
Copies to counsel of record

February 15, 2008

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

February 15, 2008

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

February 15, 2008

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

February 15, 2008

**These instructions are for internal court use only.
Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**.  It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.