UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

FILED
08 MAR 27 PM 1: 19

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 15, 2008

United States District Court
Central District of California
Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

RE: CV 07-05461 MMC  JAMES PA-v-KOREAN AIR LINES CO.

Dear Clerk,         CV08-953  SJO (AGRx)

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.

- ☒ Certified copy of Transferral Order.

- ☒ Original case file documents.

- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY   NATALIE LONGORIATY

Enclosures
Copies to counsel of record

*MMC*

LOS ANGELES CA 900
24 MAR 2008 PM 8 T

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES